## MARTIN v. THE STATE.

(Decided November 28, 1916.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed on motion of Attorney General.

---

## MAYERS v. SANFORD.

(Decided December 1, 1916.)

APPEAL from Pickens Circuit Court.

Heard before Hon. BERNARD HARWOOD.

No counsel marked for appellant. R. E. SKINNER, for appellee.

Per curiam. Appeal dismissed for want of prosecution.

---

## MITCHELL v. GILLILAND.

(Decided November 23, 1916.)

APPEAL from Coosa Circuit Court.

Heard before Hon. S. L. BREWER.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## MONTGOMERY LIGHT & TRACTION CO. v. DAVIS.

(Decided December 21, 1916.)

APPEAL from Montgomery Circuit Court.

Heard before Hon. W. W. PEARSON.

RUSHTON, WILLIAMS & CRENSHAW, for appellant. W. E. ANDREWS, for appellee.

Per curiam. Appeal dismissed by appellant.